UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ANTHONY ACCURSO, #28981-044 <br><br> *Petitioner,* <br><br> v. <br><br> C. RIVERS, <br><br> *Respondent.* | § § § § § § § § § § § §  Civil Action No. 3:23-CV-2888-X-BT |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. (Doc. 17). No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241, (Doc. 3), will be **DENIED WITH PREJUDICE** by separate judgment.

A certificate of appealability is not required to appeal the denial of relief under 28 U.S.C. § 2241.[1]  In the event that the petitioner files a notice of appeal, he must

---

[1] *See Padilla v. United States*, 416 F. 424, 425 (5th Cir. 2005).

1

pay the $605.00 appellate filing fee or submit a motion to proceed in forma pauperis that is accompanied by a properly signed certificate of inmate trust account.

**IT IS SO ORDERED** this 18th day of November 2025.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE